

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00178-CV

| | | |
|---|---|---|
| ENERQUEST OIL & GAS, L.L.C., Appellant | § | On Appeal from the 141st District Court |
| | § | |
| V. | | of Tarrant County (141-290089-17) |
| | § | |
| ANTERO RESOURCES CORPORATION, Appellee | | January 31, 2019 |
| | § | |
| | | Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and we render a judgment dismissing EnerQuest Oil & Gas, L.L.C. for lack of personal jurisdiction.

It is further ordered that appellee Antero Resources Corporation shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Bonnie Sudderth_____
        Chief Justice Bonnie Sudderth